Pro Se 1 2016

```
FILED ____ LODGED
____ RECEIVED
JUL 27 2021
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                      DEPUTY
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Sakina Ellis
aka Kina Ellis

Plaintiff(s),

v.

David Krumpl
David Krumm
David Krum,
Camp 2nd Chance

Defendant(s).

CASE NO. 2:21-CV-01001-RSM
[to be filled in by Clerk's Office]

COMPLAINT FOR A CIVIL CASE

Jury Trial: ☐ Yes ☐ No

I.   THE PARTIES TO THIS COMPLAINT

A.   Plaintiff(s)

*Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.*

Name                 Sakina Ellis
Street Address       8030 15th Ave NW
City and County      Seattle
State and Zip Code   Washington 98117
Telephone Number     206-945-9791

COMPLAINT FOR A CIVIL CASE - 1

Pro Se 1 2016

1  B.     Defendant(s)

2       *Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an*
3       *individual defendant, include the person's job or title (if known). Attach additional pages if needed.*
4

        Defendant No. 1
5
            Name                         David Krump/Krum/Krumam
6           Job or Title *(if known)*    Alledged FBI/CIA Agent,(Fed. Law Enf.
7           Street Address               4701 Myers Way South
            City and County              Seattle
8           State and Zip Code           Washington 98101
9           Telephone Number             N/A

10
        Defendant No. 2
11
            Name
12          Job or Title *(if known)*
13          Street Address
            City and County
14          State and Zip Code
15          Telephone Number

16
        Defendant No. 3
17
            Name
18          Job or Title *(if known)*
19          Street Address
            City and County
20          State and Zip Code
21          Telephone Number

22

23

24

COMPLAINT FOR A CIVIL CASE - 2

Pro Se 1 2016

1  B.  ~~Defendant(s)~~ Witness

2   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an
3   individual defendant, include the person's job or title (if known). Attach additional pages if needed.

4   ~~Defendant No. 1~~ Witness

5   Name: Officer Chandler #8535
6   Job or Title (if known): Seattle Police Dept.
7   Street Address: 10049
8   City and County: Seattle, King
    State and Zip Code: Seattle, Wash. 98101
9   Telephone Number: 206.684.8917

10

11  ~~Defendant~~ No. 2

    Name: Officer Dunwoody #8516
12  Job or Title (if known): Officer Seattle Police Dept.
13  Street Address: 810 Virginia St.
    City and County: Seattle, Wash. ~~Seattle~~ King
14  State and Zip Code: 98101
15  Telephone Number: 206.684.8917

16

17  ~~Defendant~~ No. 3

    Name: Officer Metcalf
18  Job or Title (if known): Seattle Police Dept
19  Street Address: 10049 College Way North
20  City and County: Seattle, King
    State and Zip Code: Seattle Washington 98133
21  Telephone Number: 206.684.0850

22

23  C. Watson #6609
24  10049 College Way North
    ~~Seattle~~, Washington
    98133

COMPLAINT FOR A CIVIL CASE - 2

*Pro Se 1 2016*

Witness
~~Defendant No. 4~~

Name: Officer Montaban
Job or Title *(if known)*: Seattle Police Dept.
Street Address: 10049 College Way North
City and County: Seattle, King
State and Zip Code: Washington 98133
Telephone Number: 206.684.0850

## II.   BASIS FOR JURISDICTION

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☐ Federal question        ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A.   If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

Federal Stalking Laws 18. US Code 2261A - Stalking.
Federal Cyberstalking 18. USC 875(C)

COMPLAINT FOR A CIVIL CASE - 3

Pro Se 1 2016

B.  If the Basis for Jurisdiction Is Diversity of Citizenship

    1.  The Plaintiff(s)

        a.  If the plaintiff is an individual.

The plaintiff (*name*) _____, is a citizen of the State of (*name*) _____.

        b.  If the plaintiff is a corporation.

The plaintiff, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)

    2.  The Defendant(s)

        a.  If the defendant is an individual.

The defendant, (*name*) _____, is a citizen of the State of (*name*) _____. Or is a citizen of (*foreign nation*) _____.

        b.  If the defendant is a corporation.

The defendant, (*name*) _____, is incorporated under the laws of the State of (*name*) _____, and has its principal place of business in the State of (*name*) _____.

Or is incorporated under the laws of (*foreign nation*) _____, and has its principal place of business in (*name*)_____.

(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)

COMPLAINT FOR A CIVIL CASE - 4

Pro Se 1 2016

3.     The Amount in Controversy.

The amount in controversy-the amount the plaintiff claims the defendant owes or the amount at stake-is more than $75,000, not counting interest and costs of court, because (*explain*):

T.B.D

### III.   STATEMENT OF CLAIM

*Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.*

### IV.   RELIEF

*State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.*

Order of Protection Cause & Assets all Electronical Devices, All forms of Communication, Relinquishing of masterkey.

### V.   CERTIFICATION AND CLOSING

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper

COMPLAINT FOR A CIVIL CASE - 5

Pro Se 1 2016

1 | purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation;

2 | (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or

3 | reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so

4 | identified, will likely have evidentiary support after a reasonable opportunity for further

5 | investigation or discovery; and (4) the complaint otherwise complies with the requirements of

6 | Rule 11.

7 |     I agree to provide the Clerk's Office with any changes to my address where case-related

8 | papers may be served. I understand that my failure to keep a current address on file with the

9 | Clerk's Office may result in the dismissal of my case.

10 | Date of signing: July 27, 2021

11 | Signature of Plaintiff  *Sakina Ellis*

12 | Printed Name of Plaintiff  Sakina Ellis

14 | Date of signing: July 27, 2021

15 | Signature of Plaintiff  *Sakina Ellis*

16 | Printed Name of Plaintiff  Sakina Ellis

18 | Date of signing: July 27, 2021

19 | Signature of Plaintiff  *Sakina Ellis*

20 | Printed Name of Plaintiff  Sakina Ellis

COMPLAINT FOR A CIVIL CASE - 6


**North Precinct Patrol**

T: 206 684-0850  OFC. Metcalf
8429

North Precinct
10049 College Way N.
Seattle, WA 98133-9462

Incident # 21-181548


**North Precinct Patrol**
OFC. #6382
T: 206 684-0850
G. MONTARON

North Precinct
10049 College Way N.
Seattle, WA 98133-9462

Incident # 21-183158


**North Precinct Patrol**

T: 206 684-0850  Ofc. Chandler
#8535

North Precinct
10049 College Way N.
Seattle, WA 98133-9462

Incident # 2021-151557


**North Precinct Patrol**

T: 206 684-0850
C ANDERSON # 6609

North Precinct
10049 College Way N.
Seattle, WA 98133-9462

Incident # 21-186257


**West Precinct Patrol**

T: 206 684-8917
Dunwoody 8516

West Precinct
810 Virginia St.
Seattle, WA 98101-4401

Incident # 2021-188716

**Contact SPD**
Emergency: 911
Non-Emergency: (206) 625-5011

**To obtain a copy of a police report**
Call (206) 684-5454
Or in person, Seattle Police Headquarters
610 5th Avenue, Seattle WA 98124

**SPD Information**
- seattle.gov/police
- spdblotter.seattle.gov
- twitter.com/seattlepd
- facebook.com/seattlepolice
- nextdoor.com/SeattlePD

For commendations or complaints:
**Office of Police Accountability**
(206) 684-8797
opa@seattle.gov
www.seattle.gov/opa

A.Sgt Besder



City of Seattle

---

**Contact SPD**
Emergency: 911
Non-Emergency: (206) 625-5011

**To obtain a copy of a police report**
Call (206) 684-5454
Or in person, Seattle Police Headquarters
610 5th Avenue, Seattle WA 98124

**SPD Information**
- seattle.gov/police
- spdblotter.seattle.gov
- twitter.com/seattlepd
- facebook.com/seattlepolice
- nextdoor.com/SeattlePD

For commendations or complaints:
**Office of Police Accountability**
(206) 684-8797
opa@seattle.gov
www.seattle.gov/opa

City of Seattle

---

**Contact SPD**
Emergency: 911
Non-Emergency: (206) 625-5011

**To obtain a copy of a police report**
Call (206) 684-5454
Or in person, Seattle Police Headquarters
610 5th Avenue, Seattle WA 98124

**SPD Information**
- seattle.gov/police
- spdblotter.seattle.gov
- twitter.com/seattlepd
- facebook.com/seattlepolice
- nextdoor.com/SeattlePD

For commendations or complaints:
**Office of Police Accountability**
(206) 684-8797
opa@seattle.gov
www.seattle.gov/opa



City of Seattle

---

**Contact SPD**
Emergency: 911
Non-Emergency: (206) 625-5011

**To obtain a copy of a police report**
Call (206) 684-5454
Or in person, Seattle Police Headquarters
610 5th Avenue, Seattle WA 98124

**SPD Information**
- seattle.gov/police
- spdblotter.seattle.gov
- twitter.com/seattlepd
- facebook.com/seattlepolice
- nextdoor.com/SeattlePD

For commendations or complaints:
**Office of Police Accountability**
(206) 684-8797
opa@seattle.gov
www.seattle.gov/opa

City of Seattle

---

**Contact SPD**
Emergency: 911
Non-Emergency: (206) 625-5011

**For Information on obtaining a copy of a police report**
Call (206) 684-5454 Ext. 9
Or in person, Seattle Police Headquarters
610 5th Avenue, Seattle WA 98124

**SPD Information**
- seattle.gov/police
- spdblotter.seattle.gov
- twitter.com/seattlepd
- facebook.com/seattlepolice
- nextdoor.com/SeattlePD

City of Seattle

FROM THE DESK OF

DONALD J. GRUBB, M.D.

TELEPHONE: (425) 453-5579

1300 114TH AVE. S.E., #210
BELLEVUE, WASHINGTON 98004

7/14/2021

To Whom It May Concern —

Sakeina Ellis was seen by me today. She is under extreme emotional distress.

Donald J Grubb MD

6/30/2021

To Whom it May Concern,

    This letter is to confirm that my client, Sakina (Kina) Ellis, has informed me on numerous occasions of a man she believes to be stalking her David Krumm. I have spoken with Theresa Hohman from LIHI about the situation. Theresa informed me that he is not an employee of LIHI. You may contact me at the number below with any questions.

Sincerely,

*[signature]*

Amanda Opisso

Tiny House Village
LMHC Housing Case Manager
Lifelong
Cell: (206) 960-7912

6/30/2021

To Whom it May Concern,

This letter is to confirm that my client, Sakina (Kina) Ellis, has informed me on numerous occasions of a man she believes to be stalking her David Krumm. I have spoken with Theresa Hohman from LIHI about the situation. Theresa informed me that he is not an employee of LIHI. Ms. Ellis informed me that there was an assassination prank that occurred at Camp Second Chance. She stated that two Seattle police officers came out to take her statement. Later an ambulance was called and she was then admitted to the hospital. Ms. Ellis informed me that she was seen at Harborview then transferred to inpatient psychiatric ward at Fairfax. You may contact me at the number below with any questions

Sincerely,

*[signature]*

Amanda Opisso

Tiny House Village
LMHC Housing Case Manager
Lifelong
Cell: (206) 960-7912