1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

SAKINA ELLIS,

        Plaintiff,

        v.

DAVID KRUMP, *et al*.,

        Defendants.

Case No. C21-1001-RSM

ORDER OF DISMISSAL

This matter comes before the Court sua sponte and on the Court's July 29, 2021 Order to Show Cause. Dkt. #5. Plaintiff Sakina Ellis, proceeding pro se, filed this action on July 27, 2021. Dkt. #1. Plaintiff has been granted leave to proceed in forma pauperis in this matter. Dkt. #3. Summonses have not been issued.

Plaintiff brings this action under claims of federal stalking, 18 U.S.C. § 2261A, and federal cyberstalking, 18 U.S.C. § 875(c). Dkt. #4. Her civil cover sheet identifies several descriptions for the nature of the suit, including other contract, other personal injury, assault, libel & slander, personal injury - product liability, health care / pharmaceutical personal injury, other personal property damage, and violation of the Telephone Consumer Protection Act. Dkt. #1-2.
//

ORDER OF DISMISSAL - 1

On July 29, 2021, the Court issued an order to show cause.  Dkt. #5.  The Court indicated that Plaintiff's complaint fails to connect any facts to the statute allegedly violated.  *Id.* at 2. Likewise, her complaint does not support the various claims listed in her civil cover sheet with specific facts presented in a clear and understandable manner.  *Id.*  The statement of claim section is blank, and the two notes attached to the complaint do not clarify how the facts presented in this case could constitute violations of the cited statutes or causes of action.

The Court ordered Plaintiff to respond with "a short and plain statement telling the Court (1) the separate causes of action upon which her claims are based, (2) how Defendants violated each of those laws causing harm to Plaintiff, and (3) why this case should not be dismissed without prejudice."  *Id.*  The Court further advised that "[f]ailure to file this Response will result in dismissal of this case."  *Id.*

As of the date of this Order, Plaintiff has not filed a Response.  Accordingly, the Court hereby finds and ORDERS that Plaintiff's claims are DISMISSED.  This matter is CLOSED.


DATED this 24ᵗʰ day of August, 2021.




RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2